UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JEISON ALDAIR MORENO-MEDINA,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:26-CV-00406 |
| § | |
| **BRET BRADFORD,** *et al.*, § § | |
| Defendants. § | |

## ORDER

Before the Court is Petitioner Jeisen Aldair Moreno-Medina's Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, for Summary Judgment (ECF No. 5). The Court **ORDERS** that Petitioner respond to the Government's briefing by February 3, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 30th day of January, 2026.

Keith P. Ellison
United States District Judge