United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JEISON ALDAIR MORENO-MEDINA,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:26-CV-00406 |
| § § | |
| **BRET BRADFORD,** *et al.*, § § | |
| Defendants. § | |

# ORDER

During a hearing on February 19th, 2026, the Court requested additional briefing from Parties by February 26th, 2026. Parties are instructed to address how procedural due process, as set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976) applies to Petitioner's detention. Parties are also instructed to describe the circumstances of Petitioner's arrest.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd day of February, 2026.

Signed at Houston, Texas on February 23, 2026.

_____
Keith P. Ellison
United States District Judge